428 A.2d 973

**Jean M. KING, Appellant,**

v.

**COMMONWEALTH of Pennsylvania and James B. Wilson, Secretary of Transportation, and Edward J. Hayes, Finance Director of Radnor Township and Radnor Township School District and Delaware County.**

Supreme Court of Pennsylvania.

Argued April 22, 1981.

Decided May 5, 1981.

David C. Harrison, Philadelphia, for appellant.

Reese A. Davis, Wayne, for Radnor Twp. School Dist.

Reginald H. Holder, Sp. Asst. Atty. Gen., for James B. Wilson.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

The order of the Commonwealth Court is affirmed.

O'BRIEN, C. J., and WILKINSON, J., did not participate in the consideration or decision of this case.